United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN, | No. C 09-0384 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Warden AYERS, et al., | |
| Defendants. | |

This pro se civil rights action was filed on January 28, 2009. On that same day the court notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed.

Despite considerable extra time having been allowed, no response has been received. This case therefore is **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March  23 , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\HARNDEN0384.DSM-IFP.wpd